IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHASTA HOWELL,

    Plaintiff,

    v.

ROCK COUNTY,

    Defendant.

Case No. 19-cv-733-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 9/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |